# United States Court of Appeals
## For the First Circuit

No. 11-1436

IN RE: SMITH & WESSON HOLDING CORP. SEC. LITIG.

OKLAHOMA FIREFIGHTERS PENSION & RETIREMENT SYSTEM,

Plaintiff, Appellant,

v.

SMITH & WESSON HOLDING CORP.;
MICHAEL GOLDEN; JOHN A. KELLY,

Defendants, Appellees.

ERRATA

The opinion of this Court, issued on February 17, 2012, should be amended as follows.

On page 3, line 3 of 1st paragraph, insert "the" before "plaintiffs'".

On page 7, line 1 of 1st full paragraph, delete the comma after "December".

On page 12, lines 4 and 6 of 1st full paragraph, replace the single quotation mark of ' with '.

On page 14, line 1 of 2nd full paragraph, insert "the" before "plaintiffs".

On page 17, 2nd line on page, insert "the" before "plaintiffs".